IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAR,

        Plaintiff,        No. CIV S-03-0891 GGH PS

    vs.

JOHN E. POTTER,

                              <u>ORDER</u>

        Defendant.

_____/

JESSE OLIVAR,

        Plaintiff,        No. MISC S-04-0379 LKK KJM PS

    vs.

JOHN E. POTTER,

                              <u>ORDER</u>

        Defendant.

_____/

JESSE OLIVAR,

        Plaintiff,        No. CIV S-05-0022 MCE KJM PS

|   |   |   |
|---|---|---|
| vs. | | |
| JOHN E. POTTER, | | |
| | | ORDER |
| Defendant. | | |
| _____/ | | |
| JESSE OLIVAR, | | |
| Plaintiff, | No. CIV S-09-0091 JAM DAD PS | |
| vs. | | |
| JOHN E. POTTER, | | |
| | | ORDER |
| Defendant. | | |
| _____/ | | |

Examination of the above-entitled actions reveals that assignment of the matters to the same magistrate judge is not likely to effect a substantial saving of judicial effort. See Local Rule 83-123(a). The court therefore declines to relate these actions and reassign them to the same magistrate judge.

IT IS SO ORDERED.

DATED: May 28, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076/Olivar891.rel.wpd